IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-11007
Summary Calendar
_____


DANNY O. CRAWFORD,

Plaintiff-Appellant,

versus

CITY OF RICHARDSON,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
(3:98-CV-731-L)
--------------------
August 7, 2002

Before DAVIS, WIENER, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Danny O. Crawford appeals the district court's take-nothing judgment in favor of Defendant-Appellee ("the City") following a bench trial. Crawford asserts seven issues, challenging, <u>inter</u> <u>alia</u>, the sufficiency of the evidence to support the factual findings of the City's Civil Service Board and the district court, and the legal conclusions of that court.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record on appeal, the appellate briefs of the parties, and the extensive Memorandum Opinion and Order of the district court, which fully explicates the operative facts and pertinent law. We are convinced by our review that the district court's thorough disposition of Crawford's largely meritless case correctly applied the pertinent law to the material facts. Essentially for the reasons set forth by the district court in its comprehensive opinion, the judgment of that court is, in all respects,

AFFIRMED.